Commonwealth *v.* McNair, Appellant.

Submitted December 9, 1970. *Frank Carano,* and *Carano and Kunken,* for appellant; *Michael A. Seidman* and *Milton M. Stein,* Assistant District Attor-

neys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.